NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARISSA KORSOUNOVA,                )
                                   )
         Appellant,                )
                                   )
v.                                 )        Case No. 2D17-2253
                                   )
THE BANK OF NEW YORK MELLON,        )
F/K/A THE BANK OF NEW YORK, AS      )
TRUSTEE, ON BEHALF OF THE          )
HOLDERS OF THE ALTERNATIVE          )
LOAN TRUST 2005-56 MORTGAGE         )
PASS-THROUGH CERTIFICATES,          )
SERIES 2005-56,                     )
                                   )
         Appellee.                 )
_____    )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Gallen, Judge.

Gregg Horowitz, Sarasota, for Appellant.

Matthew E. Hearne of Frenkel Lambert
Weiss Weisman & Gordon, LLP, Fort
Lauderdale, for Appellee.


PER CURIAM.

         Affirmed.


LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.